UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POPPARTIES LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WANG MINGFU, individual, also known as FRANK CESAR, and doing business as FRANK VDJ<br><br>Defendant. | Civil Action No. C16-1914 RAJ<br><br>**[PROPOSED] ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANT BY ELECTRONIC MAIL** |

BEFORE THE COURT is Plaintiff PopParties LLC's Motion Requesting Leave to Serve Defendant Wang Mingfu by Electonic Mail. Dkt. # 10. The Court, having reviewed Plaintiff's motion and supporting papers, hereby:

ORDERS that Plaintiff's Motion Requesting Leave to Serve Defendant Wang Mingfu by Electonic Mail is GRANTED.

It is further ORDERED that Plaintiff is entitled to serve Defendant Wang Mingfu by emailing him copies of the Complaint and Summons at wangmingfull@163.com within 60 days of the date of this Order.

SO ORDERED this 6th day of July, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

[Proposed] Order Granting Plaintiff's Motion Requesting Leave to Serve Defendant by Electronic Mail - 1

FANNIN LITIGATION GROUP, P.S.
1312 North Monroe
Spokane, Washington 99201
(509) 328-8204
Facsimile (509) 328-8205